AUGUST 23, 1965

No. 69524.—Asheville Textiles Corp. *v.* United States, protest 64/21705.  Protest abandoned June 4, 1965.  Plaintiff's application for rehearing granted.

AUGUST 23, 1965

No. 69525.—APPEAL 5182.—Edward Hyman Co. *v.* United States.—  —C.D. 2450 affirmed May 6, 1965.  C.A.D. 857.